## UNITED STATES DISTRICT COURT
### DISTRICT OF MAINE

UNITED STATES )
v. ) Case No. 09-CR-00176-P-H
WILLIAM HOLMES )

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum    ☐ Ad Testificandum

Name of Detainee: WILLIAM HOLMES

Detained at (custodian): CUMBERLAND COUNTY JAIL

Detainee is:  a) ☒ charged in this district by:
    ☐ Indictment   ☒ Information   ☐ Complaint
    Charging detainee with: _____
or  b) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a) ☐ return to the custody of detaining facility upon termination of proceedings
or   b) ☒ be retained in federal custody until final disposition of federal charges

☒ Appearance is necessary on 11/23/09 at 2:30 a.m./p.m. for the purpose of
Rule 11 Hearing.
☐ Appearance is necessary prior thereto, on _____ at _____ a.m./p.m. for the purpose of

Attorney Name (Printed) Darcie N. McElwee   Signature: _Darcie N. McElwee_
Attorney of Record for: United States

### WRIT OF HABEAS CORPUS
☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee, on the date and time recited above, AND retain said detainee for all further proceedings as ordered by the court, after which the detainee shall be returned to the custody as noted above, or as otherwise ordered by the court.

November 20, 2009.
Date                                   United States District/Magistrate Judge

Please provide the following, if known:
AKA(s) (if applicable): _____
Booking or Fed. Reg. #: _____         ☐ Male  ☐ Female
Facility Address: _____              DOB: _____
                                               Race: _____
                                               FBI #: _____
Facility Phone: _____
Currently Incarcerated for: _____

### Return of Service

Executed on _____ By _____
                                               (Signature)