UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | CRIMINAL NO. 2:09-CR-176-DBH |
| WILLIAM HOLMES, | ) | |
| | ) | |
| DEFENDANT | ) | |

## ORDER ON DEFENDANT'S REQUEST FOR EARLY TERMINATION OF SUPERVISED RELEASE

The defendant's request for early termination of supervised release is **DENIED** for the reasons stated in the government's objection to the request. The defendant has not contested the government's factual assertions, and the court therefore relies upon them.

**SO ORDERED.**

**DATED THIS 21ST DAY OF OCTOBER, 2014**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**